■ In the Matter of EDWARD P. KOBYLSKI, Petitioner, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF UNION, BROOME COUNTY, AND OWEGO, TIOGA COUNTY, Respondent. — HERLIHY, P. J. Proceeding under CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Third Judicial Department by order of the Supreme Court at Special Term, entered in Broome County) to review a determination of the respondent Board of Education which dismissed petitioner who theretofore had served as a mathematics teacher in a public high school within the system. At the hearings held before the respondent in this matter it was established that on and after September 1, 1967 the petitioner's provisional certificate to teach had expired and it was not renewed by the Department of Education. The failure to currently hold a valid certificate to teach can constitute substantial evidence which, if accepted by the board, as was done in this case, supports the finding that the teacher is incompetent within the meaning of subdivision 2 of section 3012 of the Education Law. (See Matter of Mannix v. Board of Educ. of City of N. Y., 21 N Y 2d 455, 460; Matter of Kobylski v. Agone, 37 Misc 2d 255, 263, affd. on opn. at Special Term, 19 A D 2d 761; Matter of Feingold v. Lynch, 31 A D 2d 969, 970.) Under the circumstances of this case it is unnecessary to consider the further findings of the respondent as to insubordination, inefficiency and neglect of duty. Determination confirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur in memorandum by Herlihy, P. J.